## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*March 11, 2005*

[Cite as *03/11/2005 Case Announcements,* 2005-Ohio-1005.]

### MOTION AND PROCEDURAL RULINGS

**2004–0448.   State ex rel. Plain Dealer Publishing Co. v. Cleveland.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to extend time for oral argument currently scheduled for April 26, 2005,
   IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted to the extent that oral argument is extended to 20 minutes per side.

**2004–1765.   State ex rel. Vindicator Printing Co. v. Youngstown.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to extend time for oral argument currently scheduled for April 26, 2005,
   IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted to the extent that oral argument is extended to 20 minutes per side.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*March 14, 2005*

[Cite as *03/14/2005 Case Announcements,* 2005-Ohio-1038.]

### MOTION AND PROCEDURAL RULINGS

**2005–0260.   State ex rel. Florence v. Zitter.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration of respondent's motion to dismiss or, alternatively, motion for summary judgment,
   IT IS ORDERED by the court, sua sponte, that an alternative writ be, and hereby is, granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:
   The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file her brief within 10 days after the filing of evidence; respondent shall file her brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 5 days after the filing of respondent's brief.
   IT IS FURTHER ORDERED by the court that the motion to dismiss and motion for summary judgment be, and hereby are, denied.

### MISCELLANEOUS DISMISSALS

**2004–1536.   State ex rel. Harris v. Indus. Comm.**
Franklin App. No. 03AP–992, 2004-Ohio-4225. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,